IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-00709-WYD-CBS

QFA ROYALTIES, LLC, a Delaware limited liability company; and
QIP HOLDER, LLC, a Delaware limited liability company,

    Plaintiffs,

v.

LAKHANI ENTERPRISES USA CORP., a New York corporation;
IMRAN LAKHANI, individually;
SANDRA FERRANTE, individually; and
RAJIB AHMED, individually,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Unopposed Motion to Vacate Hearing and Withdraw Motion for Preliminary Injunction (docket #17) is **GRANTED.** The hearing set for Tuesday, June 15, 2010 at 10:30 a.m. is **VACATED**. The motion for preliminary injunction (docket #4) is hereby **WITHDRAWN**.

    Dated: June 14, 2010.