IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-00709-WYD-CBS

QFA ROYALTIES, LLC, a Delaware limited liability company; and
QIP HOLDER, LLC, a Delaware limited liability company,

    Plaintiffs,

v.

LAKHANI ENTERPRISES USA CORP., a New York corporation;
IMRAN LAKHANI, individually;
SANDRA FERRANTE, individually; and
RAJIB AHMED, individually,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal With Prejudice (ECF No. 27), filed November 15, 2010.  The motion seeks dismissal of all claims against Defendants Lakhani Enterprises USA Corp., Imran Lakhani and Rajib Ahmed (collectively the "Lakhani Parties")[1] upon entry of the stipulated permanent injunction.[2]  After carefully reviewing the above-captioned case, I find that the motion should be granted and that this case should be dismissed with prejudice against the Lakhani Parties pursuant to Fed. R. Civ. 41(a).  Accordingly, it is

    ORDERED that the Stipulated Motion for Dismissal With Prejudice (ECF No. 27)

---

[1] I note that Defendant Sandra Ferrante has been dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).

[2] The permanent injunction was entered on October 29, 2010.

is **GRANTED**. In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated: November 16, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge